JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS BENN and LILLIAN BENN, | Case No. EDCV 09-01050 VAP (OPx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| OCWEN LOAN SERVICING, LLC, and DOES 1 to 10, Inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: __June 30, 2009__          _____
                                   VIRGINIA A. PHILLIPS
                                   United States District Judge